Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–25414–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Chad Minnes
   1201 N. Main St., Apt. 41
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–3978

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              August 21, 2020
Time:                    09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*55* – Certification in Opposition to Trustee's Certification of Default (related document:54 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/30/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by David A. Kasen on behalf of Chad Minnes. (Kasen, David)

and transact such other business as may properly come before the meeting.

Dated: July 27, 2020
JAN: kaj

                                                                                Jeanne Naughton
                                                                                Clerk