Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–25414–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Chad Minnes
   1201 N. Main St., Apt. 41
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–3978

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 27, 2021
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*62* – Certification in Opposition to Certification of Default filed by Toyota Motor Credit Corporation (related document:61 Creditor's Certification of Default (related document:36 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust. Objection deadline is 04/13/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust) filed by David A. Kasen on behalf of Chad Minnes. (Attachments: # 1 Certificate of Service) (Kasen, David)

and transact such other business as may properly come before the meeting.

Dated: April 6, 2021
JAN: eag

                                           Jeanne Naughton
                                           Clerk