| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>KASEN & KASEN, P.C.<br>David A. Kasen, Esq. (NJ Bar No. 262881970)<br>Society Hill Office Park<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Facsimile (856) 424-7565<br>E-Mail: dkasen@kasenlaw.com<br>*Counsel to the Debtor* | **Order Filed on November 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In the Matter of:<br><br>CHAD MINNES,<br>                              Debtor. | Chapter 13<br><br>Case No.: 18-25414-ABA<br><br>Hearing Date: 11/9/2021 at 10:00 am<br><br>Judge: Andrew B. Altenburg |

## ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS

The relief set forth on the following page is **ORDERED**.

**DATED: November 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:    18-25414/ABA
Debtor(s):    CHAD MINNES
Caption of Order: **ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS**

THIS MATTER having been opened to the Court by David A. Kasen, Esq., of Kasen & Kasen attorneys for the above-named Chapter 13 Debtors pursuant to a Motion to approve distribution of insurance proceeds resulting from an automobile casualty which the debtor's vehicle leased from Toyota Motor Credit Corporation was damaged and declared a total loss by Geico Insurance Company and it appearing that the payoff of the lease is less than the amount of the insurance proceeds which was declared a total loss, and it further appearing that Toyota does not opposed the distribution of insurance proceeds as partial satisfaction of its claim with the remaining balance allowed as an unsecured claim, and for good cause shown;

IT IS HEREBY ORDERED that Geico Indemnity Company, the insurer of the leased vehicle, pay over the net settlement proceeds of $24,941.21 to the lessor Toyota Motor Credit Corporation.

IT IS HEREBY FURTHER ORDERED that Toyota Motor Credit Corporation shall file an amended Proof of Claim to reflect the remaining balance owed as an unsecured claim.