| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>KASEN & KASEN, P.C.<br>David A. Kasen, Esq. (NJ Bar No. 262881970)<br>Society Hill Office Park<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Facsimile (856) 424-7565<br>E-Mail: dkasen@kasenlaw.com<br>*Counsel to the Debtor* | Order Filed on November 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In the Matter of:<br><br>CHAD MINNES,<br>                    Debtor. | Chapter 13<br><br>Case No.: 18-25414-ABA<br><br>Hearing Date: 11/9/2021 at 10:00 am<br><br>Judge: Andrew B. Altenburg |

### ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS

The relief set forth on the following page is **ORDERED**.

**DATED: November 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:    18-25414/ABA
Debtor(s):    CHAD MINNES
Caption of Order: **ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS**

THIS MATTER having been opened to the Court by David A. Kasen, Esq., of Kasen & Kasen attorneys for the above-named Chapter 13 Debtors pursuant to a Motion to approve distribution of insurance proceeds resulting from an automobile casualty which the debtor's vehicle leased from Toyota Motor Credit Corporation was damaged and declared a total loss by Geico Insurance Company and it appearing that the payoff of the lease is less than the amount of the insurance proceeds which was declared a total loss, and it further appearing that Toyota does not opposed the distribution of insurance proceeds as partial satisfaction of its claim with the remaining balance allowed as an unsecured claim, and for good cause shown;

IT IS HEREBY ORDERED that Geico Indemnity Company, the insurer of the leased vehicle, pay over the net settlement proceeds of $24,941.21 to the lessor Toyota Motor Credit Corporation.

IT IS HEREBY FURTHER ORDERED that Toyota Motor Credit Corporation shall file an amended Proof of Claim to reflect the remaining balance owed as an unsecured claim.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25414-ABA |
| Chad Minnes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chad Minnes, 1201 N. Main St., Apt. 41, Pleasantville, NJ 08232-1094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Kasen | on behalf of Debtor Chad Minnes dkasen@kasenlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Nov 09, 2021 Form ID: pdf903 Total Noticed: 1

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
  on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Nicholas V. Rogers
  on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10