UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE
KASEN & KASEN
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Email: dkasen@kasenlaw.com
Attorneys for Debtor
ID# 262881970

In Re:

CHAD MINNES,

           Debtor.

Case No.: 18-25414/ABA

Chapter: 13

Adv. No.:

Hearing Date: 2/15/22 at 10 a.m.

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, _____David A. Kasen_____ :

   ☒ represent _____Debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____Janaury 11, 2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Reduce Amended Claim of State of New Jersey Division of Taxation, Certification in Support of Motion, and Proposed Form of Order
   Docket Text of Minutes of 1/11/2022 Also Served with Rescheduled Hearing Date of 2/15/2022 at 10 a.m.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 11, 2022

/s/ David A. Kasen
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Esquire<br>Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kristin Martin<br>State of NJ, Div. of Taxation<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Heather Anderson,<br>Deputy Attorney General<br>NJ Attorney General Office<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |