| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAVID A. KASEN, ESQUIRE<br>KASEN & KASEN<br>Society Hill Office Park<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Email: dkasen@kasenlaw.com<br>Attorneys for Debtor<br>ID# 262881970 | Order Filed on February 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHAD MINNES,<br><br>                    Debtor. | Case No.: 18-25414/ABA<br><br>Hearing Date:  1/4/22 at 10 a.m.<br><br>Judge: Altenburg |

### ORDER GRANTING MOTION TO REDUCE AMENDED CLAIM OF STATE OF NEW JERSEY, DIVISION OF TAXATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: February 15, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:  18-25414/ABA
Debtor:  Chad Minnes
Caption of Order: GRANTING MOTION TO REDUCE AMENDED CLAIM OF STATE OF NEW JERSEY, DIVISION OF TAXATION

---

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtor, pursuant to a Motion to Reduce Amended Claim of State of New Jersey, Division of Taxation, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the State of New Jersey, Division of Taxation amend its post-petition priority claim to reflect that the post-petition priority claim has been paid in full.

IT IS FURTHER ORDERED the State of New Jersey, Division of Taxation should amend its pre-petition priority claim to give credit for any overpayment of the post-petition priority claim.