| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Chad Minnes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3978<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–25414–ABA | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chad Minnes

6/9/22

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Chad Minnes  
    Debtor

Case No. 18-25414-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 09, 2022 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad Minnes, 1201 N. Main St., Apt. 41, Pleasantville, NJ 08232-1094 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517689905 | + | DITECH FINANCIAL LLC, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517809784 | | DITECH FINANCIAL LLC, P.O.BOX 6154, RAPID CITY SD 57709-6154 |
| 517678953 | | Ditech Financial, LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 517678954 | + | First Bankcard/Overstock.com, P.O. Box 2557, Omaha, NE 68103-2557 |
| 517979589 | + | Minnes, Emily, 925 Navajo Ave., Absecon, NJ 08201-2305 |
| 517979590 | + | State of New Jersey, Division of Taxation, Bankruptcy Unit, CN 245, Trenton, NJ 08695-0245 |
| 517993071 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO BOX 245, Trenton, NJ 08695-0245 |
| 517678963 | + | TD Bank USA, NA, c/o Mike Peersen, CEO, 1701 Route 70 East, Cherry Hill, NJ 08003-2335 |
| 517749923 | + | TD Bank, N.A., Schiller Knapp Lefkowitz & Hertzel, LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517749532 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517869659 | + | Toyota Lease Trust, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517678967 | + | WaWa, P.O. Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517678949 | | Email/Text: BNBSB@capitalsvcs.com | Jun 09 2022 20:41:00 | Bryant State Bank, P.O. Box 2519, Omaha, NE 68103 |
| 517678947 | + | EDI: CITICORP.COM | Jun 10 2022 00:38:00 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 517678948 | + | Email/Text: BNBLAZE@capitalsvcs.com | Jun 09 2022 20:41:00 | Blaze, P.O. Box 2534, Omaha, NE 68103-2534 |
| 517678950 | + | EDI: WFNNB.COM | Jun 10 2022 00:38:00 | Buckle, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 517678951 | + | EDI: CAPITALONE.COM | Jun 10 2022 00:38:00 | Capital One Bank USA, NA, PO Box 71087, Charlotte, NC 28272-1087 |
| 517773129 | | EDI: CAPITALONE.COM | Jun 10 2022 00:38:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517678952 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2022 20:46:22 | Credit One, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 517678958 | + | EDI: CITICORP.COM | Jun 10 2022 00:38:00 | Macy's, 7 West Seventh Street, Cincinnati, OH 45202 |
| 517806454 | | EDI: Q3G.COM | | |

Case 18-25414-ABA    Doc 82    Filed 06/11/22    Entered 06/12/22 00:17:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: 3180W | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | Jun 10 2022 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517678955 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Jun 09 2022 20:41:00 | First National Credit Card, P.O. Box 2496, Omaha, NE 68103 |
| 517690363 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jun 09 2022 20:41:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517678956 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jun 09 2022 20:41:00 | First Savings, P.O. Box 2509, Omaha, NE 68103 |
| 517678957 | + EDI: CITICORP.COM | | |
| | | Jun 10 2022 00:38:00 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 517979588 | + EDI: IRS.COM | | |
| | | Jun 10 2022 00:38:00 | Internal Revenue Service, P.O. Box 7346, Phila., PA 19101-7346 |
| 518319584 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 09 2022 20:41:00 | LOANCARE, LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 518319585 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 09 2022 20:41:00 | LOANCARE, LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450, LOANCARE, LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 517775624 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 09 2022 20:46:10 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517790893 | EDI: PRA.COM | | |
| | | Jun 10 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Ashley Furniture Homestore, POB 41067, Norfolk VA 23541 |
| 517794362 | EDI: Q3G.COM | | |
| | | Jun 10 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517678959 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jun 09 2022 20:41:00 | State of NJ, Div. of Taxation, Bankruptcy Unit, CN 245, Trenton, NJ 08695 |
| 517681259 | + EDI: RMSC.COM | | |
| | | Jun 10 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517678960 | + EDI: RMSC.COM | | |
| | | Jun 10 2022 00:38:00 | Synchrony Bank/PayPal Card, P.O. Box 96080, Orlando, FL 32896-0001 |
| 517678961 | + EDI: RMSC.COM | | |
| | | Jun 10 2022 00:38:00 | Synchrony Financial/Ashley Furniture, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 517801161 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 09 2022 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517678964 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jun 09 2022 20:41:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 517678962 | + EDI: WTRRNBANK.COM | | |
| | | Jun 10 2022 00:38:00 | Target, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 517678965 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jun 09 2022 20:41:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 517776841 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jun 09 2022 20:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517776949 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jun 09 2022 20:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517678966 | + EDI: RMSC.COM | | |
| | | Jun 10 2022 00:38:00 | Walmart Credit Card, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517806834 | | DITECH FINANCIAL LLC |
| 517749613 | *+ | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2022                              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Kasen | on behalf of Debtor Chad Minnes dkasen@kasenlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10